IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 15-cv-01946-RM

RICHARD C. SEEBY, and
KATHERINE SEEBY,

    Plaintiffs,

v.

DANIEL W. STEP, and
DOT TRANSPORTATION, INC.,

    Defendants.

---

### ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)

---

Pursuant to D.C.COLO.LCivR. 72.2[1] on the 2nd day of December, 2015, the parties' notified the Court of their unanimous consent to disposition of the above action by a United States Magistrate Judge (ECF No. 27). Now, therefore, being sufficiently advised, IT IS ORDERED as follows: the above action is referred for disposition to the Magistrate Judge currently assigned to the case pursuant to 28 U.S.C. § 636(c).

DATED this 2nd day of December, 2015.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

---

[1] On December 1, 2015, the District of Colorado's Local Rules of Practice, specifically Local Civil Rule 72.2(d), were modified effective that date. The Court, in the interest of justice, applies former Local Civil Rule 72.2(d), to the circumstances of this particular case as the parties were provided with the Magistrate Judge consent form under the former rule (ECF No. 13).